# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 17, 2022

## NO. 03-18-00759-CR

**Jessie Lee Brooks, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
MODIFIED AND, AS MODIFIED, AFFIRMED ON REMAND –
OPINION BY JUSTICE KELLY**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgment requiring reversal. However, there was error in the judgment that requires correction. Therefore, the Court modifies the trial court's judgment as follows:

(1) The notation of "**1ST DEGREE FELONY**" under the heading "<u>Degree of Offense:</u>" is deleted and replaced with the notation "**2ND DEGREE FELONY**".

(2) The notations of "**TRUE**" under each of the headings "Plea to 1st Enhancement Paragraph:" and "Plea to 2nd Enhancement/Habitual Paragraph:" are deleted and replaced with notations of "**NOT TRUE**".

The judgment, as modified, is affirmed. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.